UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GLEN A. DAMOTA,

    Plaintiff,

v.

MARLIN L. IMMELL,

    Defendant.

Civil Action No.: 302CV2208 (PCD)

October 2, 2003

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

The plaintiff, Glen A. daMota, hereby moves for entry of a default motion against defendant Marlin L. Immell under Rule 55(b)(2) of the Federal Rules of Civil Procedure. Glen daMota requests that the judgment be for Five Hundred Thousand ($500,000.00) Dollars, together with prejudgment interest, reasonable attorney's fees and costs of suit in an amount to be determined, and the judgment bear interest date from the date of entry until paid.

DATED:    Greenwich, Connecticut
October 2, 2003

BLEAKLEY PLATT & SCHMIDT, LLP
*Attorneys for Plaintiff Glen A. daMota*

By: _____
John A. Risi (CT-20099)
One North Lexington Avenue
White Plains, New York 10601
(914) 949-2700

66 Field Point Road
Greenwich, CT 06830-6473
(203) 661-5222

*[Handwritten annotation in left margin:]* October 28, 2003. The motion is granted. Defendant has failed to make any showing in opposition of plaintiff's claims to a contract claim of $500,000. Accordingly, judgment shall enter in the amount of $500,000 as the only entitlement of the plaintiff substantiated in the record.