UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GLEN A. DAMOTA

v.

MARLIN L. IMMELL

CIVIL NO. 3:02 cv 2208 (PCD)

FILED
Oct 31  9 31 AM '03
DISTRICT COURT
NEW HAVEN, CONN.

## DEFAULT JUDGMENT

This action came on for consideration before the Honorable Peter C. Dorsey, Senior, United States District Judge as a result of the plaintiff's motion for default judgment. On September 9, 2003, a default entered against the defendant. The plaintiff filed a motion to enter judgment which was granted after review and absent objection on October 29, 2003.

Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered in favor of the plaintiff against the defendant in the amount of $500,000.00 and the case is closed.

Dated at New Haven, Connecticut this 30th day of October, 2003.

KEVIN F. ROWE, Clerk
By

*Patricia A. Villano*

Patricia A. Villano
Deputy Clerk

EOD: _____